UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

<u>Western</u>___ DIVISION

Marybeth Runnels _____ )
_____ )
_____ )
_____ )
(Enter the full name of the Plaintiff[s] in this action) )
                                                          )
vs.                                                       )
                                                          )
Douglas A. Collins (official capacity)                    )
~~UNITED STATES DEPARTMENT OF~~                           )
~~VETERANS AFFAIRS~~                                      )
_____ )
_____ )
_____ )
(Enter the full name of **ALL** Defendant[s] in this )
action.  Fed. R. Civ. P. 10(a) requires that the )
caption of the complaint include the names of all )
the parties.  Merely listing one party and "et al." is )
insufficient.  Please attach additional sheets if )
necessary.) )

Case No. S: 26- CV- 5005
(To be assigned by
Clerk of District Court)

## COMPLAINT

I.    State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitution provisions, if you know them. Fed .R .Civ. P. 8(a)(1) requires a short and plain statement of the grounds for the court's jurisdiction.):
1. This Court has jurisdiction because this action arises under federal law, including:
~~ThePrivacy Act,~~
~~TheRehabilitation Act,~~
~~TitleVII of the Civil Rights Act~~
2. Venue is proper in the District of South Dakota, Western Division, because the events giving rise to this action occurred within this District and Plaintiff resides here.

1

II.    Plaintiff, Marybeth Runnels _____ resides at

18705 Lakeviw Lane _____
                (street address)
Belle Fourche _____ , _____ ,
(city)                          (county)
SD _____ , 57717 , 801-389-2494 _____
(state)          (zip)      (telephone number)

(If more than one plaintiff, provide the same information for each plaintiff below)

_____
_____
_____
_____
_____
_____
_____
_____

III.   Defendant, United States of America resides at, or its business is located at

_____

(street address)

_____ , _____ ,
(city)                          (county)

_____ , _____ , _____
(state)          (zip)    (telephone number)
(If more than one defendant, provide the same information for each defendant below)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

2

DSD 12-12

IV.    Statement of claim (State as briefly as possible the facts of your case.  Describe how each defendant is involved.  You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you.  Include also the names of other persons involved, dates, and places.  Be as specific as possible.  You may use additional paper if necessary):

The VA maintained systems of records containing Plaintiff's medical, personnel, and EEO information.

Agency officials accessed, disclosed, and used these records without consent and without a valid routine use exception.

The VA failed to maintain accurate, relevant, timely, and complete records, resulting in adverse determinations.

The VA had documentation about Plaintiff's disability and need for accommodation.

Plaintiff engaged in protected activity under the Rehabilitation Act.

The VA retaliated against Plaintiff through adverse actions, misuse of medical information, and failure to accommodate.

Plaintiff engaged in protected EEO activity.

Supervisors and agency officials had actual knowledge of this activity.

The VA retaliated against Plaintiff by taking materially adverse actions that would dissuade a reasonable employee from engaging in protected activity.

SEE ATTACHED TIME LINE EXHIBIT 1

V.    Relief (State briefly and exactly what you want the Court to do for you.)

1.    BackPay with interest for all lost wages, salary, differentials, and benefits resulting from Defendant's unlawful interference and retaliation.

2.    Restoration of Lost Benefits, including retirement contributions, leave accruals, and any other employment benefits denied or lost as a result of Defendant's actions.

3.    Declaratory relief

Injunctive relief

Correction of records under the Privacy Act

Compensatory damages

Any other relief the Court deems just and proper

3

DSD 12-12

VI.    **MONEY DAMAGES:**

   **A)** Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

          YES [ X ]               NO [   ]

   **B)** If your answer to "A" is YES, state below the amount claimed and the reason[s] you believe you are entitled to recover such monetary damages:
   1. Back Pay (with interest)  $350,000
   2. Lost Benefits reasonable estimate is 30% of salary over the back pay period
   3. Compensatory Damages $300,000
   4. Front Pay $350,000
   5. Tax Adjustment (Gross Up)
   6. Privacy Act Damages

VII.    Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

          YES [ X ]               NO [   ]

VIII.    Are you requesting a Jury Trial?

          YES [ X ]               NO [ X ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of January , 20 26

_____
Signature of Plaintiff[s]

DSD 12-12

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLMAINTIFFS

MARY BETH RUNDELS

## DEFENDANTS

DOUGLAS A. COLLINS (OFFICIAL CAPACITY)
DEPARTMENT OF VA WASHINGTON D.C.

**(b)** County of Residence of First Listed Plaintiff **BUTTE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 840 Trademark [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 460 Deportation [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [X] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights [ ] 555 Prison Condition [ ] 560 Civil Detainee - Conditions of Confinement | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
PRIVACY ACT, TITLE VII, REHABILITATION ACT

Brief description of cause:
EVENTS FROM 3-2-23 TO 11-30-23

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 950,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____